RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702-382-4800
Email: russ@wmllawlv.com
Attorneys for Charles Parkin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> CHARLES PARKIN, ) <br> Defendant. ) | CASE NO. 2:15-CR-00212-JCM-NJK |

**STIPULATION TO CONTINUE MOTIONS DEADLINE**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and ALEXANDRA M. MICHAEL, Assistant United States Attorney, and the Defendant, CHARLES PARKIN, through his counsel, RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, that the current schedule for filing and responding to pretrial motions be vacated and extended for one month. This stipulation is entered into for the following reasons:

1.  By Order of the Court dated November 15, 2018, any pretrial motions are now due on December 17, 2018; responses to any motions shall be filed within 14 days from the date of service of the motions; and any replies may be filed within 7 days of service of the responses.

2.  The parties continue to engage in plea negotiations in an effort to resolve this matter without the need for trial or the filing of motions.

///

3. AUSA Michael has been occupied with trial in <u>United States v. Brian Wright</u>, Case No. 2:17-CR-00160-JAD-VCF, which took place in December 2018.

4. The parties agree that the new motions schedule shall be as follows: The parties shall have until January 17, 2019, to file any pretrial motions and notices of defenses. The parties shall have 14 days from the service of motions to file any responsive pleadings. Any replies shall be due within 7 days of service of any responses.

5. This is the parties' first request to continue the motions schedule. Mr. Parkin is not in custody and agrees with this request.

WHEREFORE, the United States of America, and the Defendant, Charles Parkin, request that the motions schedule be continued for one month as set forth above.

DATED: January 7, 2019

| WRIGHT MARSH & LEVY | DAYLE ELIESON |
| --- | --- |
|  | United States Attorney |
| By  /s/ Russell E. Marsh | By  /s/ Alexandra M. Michael |
| RUSSELL E. MARSH, ESQUIRE | ALEXANDRA M. MICHAEL |
| 300 S. Fourth Street | Assistant United States Attorney |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Defendant Parkin | Las Vegas, NV 89101 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,             )
                                      )
         Plaintiff,                   )      CASE NO. 2:15-CR-00212-JCM-NJK
                                      )
         vs.                          )
                                      )      **ORDER**
CHARLES PARKIN,                       )
                                      )
         Defendant.                   )
                                      )

Based upon the pending Stipulation of counsel and good cause appearing, the Court hereby grants the joint request and extends the motions schedule as follows: The parties shall have until January 17, 2019, to file any pretrial motions and notices of defenses. The parties shall have 14 days after service of the motions file any responsive pleadings to these motions. Any replies shall be due within 7 days of the service of the responses.

SO ORDERED.

Dated: January 8, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE