# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00212-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 60) |
| CHARLES PARKIN, | |
| Defendant. | |

Pending before the Court is Defendant Charles Parkin's motion for a competency hearing, Docket No. 60, which the Court **GRANTS**. The Court SETS a hearing January 28, 2019, at 1:00 p.m., in Courtroom 3D.

IT IS SO ORDERED.

DATED: January 22, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE