NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
JAMIE L. MICKELSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281 / Fax: 702.388.6418
Jamie.Mickelson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES PARKIN,<br><br>        Defendant. | Case No. 2:15-cr-00212-JCM-NJK<br><br>STIPULATION TO CONTINUE COMPETENCY HEARING<br>(*Fifth Request*) |

It is hereby stipulated and agreed, by and between Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Russ Marsh, Esq. counsel for defendant, that the competency hearing currently scheduled for October 16, 2019 at 10:00 a.m., be vacated and continued until a time convenient to the Court but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant filed a motion for a competency hearing on January 17, 2019, ECF. No. 60, and the Court set a hearing date for January 28, 2019. (ECF No. 62.) The report in support of defendant's motion was provided to counsel for the government on November 6, 2018. The government has selected an expert, Dr. Collins, who evaluated the defendant on August 12, 2019.

2. Dr. Collins provided her report to the Government on September 16, 2019. The report was provided to defense counsel the same day.

3. Because defendant's expert initially evaluated the defendant in March of 2018, defense counsel requested additional time in order to allow his expert to reevaluate the defendant in light of Dr. Collins' findings. On September 30, 2019, defense counsel informed counsel for the Government that defendant cannot be evaluated until November, due to the defense expert's schedule. The defense expert anticipates being able to do the evaluation and provide a report by the end of November.

4. The defendant agrees to this request.

5. Trial in this matter is currently set for February 10, 2020. (ECF 82.) Accordingly, a continuance of the competency hearing as requested herein will not delay the trial of this matter.

6. The additional time requested herein is not sought for the purposes of delay, but to allow government and defense counsel sufficient time to prepare for the competency hearing.

7. This is the fifth request for a continuance.

DATED this 1st day of October, 2019.

__/s/ Jamie Mickelson_____  ___/s/ Russell E. Marsh_____
JAMIE MICKELSON  RUSS MARSH, Esq.
Assistant United States Attorney  Counsel for Charles Parkin

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

CHARLES PARKIN,

   Defendant.

Case No. 2:15-cr-00212-JCM-NJK

ORDER

  The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a Speedy Trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the competency hearing, taking into account the exercise of due diligence.

  IT IS THEREFORE ORDERED that the competency hearing in the above-captioned matter currently scheduled for October 16, 2019 at 10:00 a.m., be vacated and continued to December 19, 2019, at 10:00 a.m.

  DATED this 1st day of October, 2019.

             _____
             HONORABLE NANCY J. KOPPE
             UNITED STATES MAGISTRATE JUDGE