NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
JAMIE L. MICKELSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281 / Fax: 702.388.6418
Jamie.Mickelson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES PARKIN,<br><br>    Defendant. | Case No. 2:15-cr-00212-JCM-NJK<br><br>STIPULATION TO CONTINUE COMPETENCY HEARING<br>(*Sixth Request*) |

It is hereby stipulated and agreed, by and between Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Russ Marsh, Esq. counsel for defendant, that the competency hearing currently scheduled for December 19, 2019 at 10:00 a.m., be vacated and continued until a time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  The defendant filed a motion for a competency hearing on January 17, 2019, ECF. No. 60, and the Court set a hearing date for January 28, 2019. (ECF No. 62.) The report in support of defendant's motion was provided to counsel for the government on November 6, 2018. The government has selected an expert, Dr. Collins, who evaluated the defendant on August 12, 2019.

2. Dr. Collins provided her report to the Government on September 16, 2019. The report was provided to defense counsel the same day.

3. Because defendant's expert initially evaluated the defendant in March of 2018, defense counsel requested additional time in order to allow his expert to reevaluate the defendant in light of Dr. Collins' findings. The defendant was scheduled to be interviewed in November, but, due to health problems, was unable to complete the evaluation. The defendant's expert has indicated that he can evaluate the defendant in early January, and the report can be finalized by mid-January.

4. Additionally, the government's expert will be out of town on the date currently scheduled for the hearing, December 19.

5. Counsel for the government and counsel for the defendant have conferred with their respective experts, and both are available on the following dates: January 29, 30, and February 4, 11 or 12. If there is a date convenient to the Court, the parties respectfully request that the hearing be continued until one of the dates set forth above.

6. The defendant agrees to this request.

7. Subsequent to this stipulation, the parties plan to file a stipulation to continue calendar call and trial which are currently set for February 5, 2020 and February 10, 2020, respectively. (ECF 82.)

8. The additional time requested herein is not sought for the purposes of delay, but to allow government and defense counsel sufficient time to prepare for the competency hearing.

9. This is the sixth request for a continuance.

1 DATED this 22nd day of November.

2

3 /s/ Jamie Mickelson /s/ Russell E. Marsh
JAMIE MICKELSON RUSSELL MARSH, Esq.
4 Assistant United States Attorney Counsel for Charles Parkin

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES PARKIN,

    Defendant.

Case No. 2:15-cr-00212-JCM-NJK

ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a Speedy Trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the competency hearing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the competency hearing in the above-captioned matter currently scheduled for December 19, 2019 at 10:00 a.m., be vacated and continued to January 30, 2020, at 10:00 a.m.

DATED: November 22, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE