# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES PARKIN,<br><br>    Defendant. | Case No.: 2:15-cr-00212-JCM-NJK<br><br>**ORDER**<br><br>(Docket Nos. 89, 91) |

Pending before the Court is the United States' amended motion to seal its expert's competency report. Docket No. 91. *See also* Docket No. 90 (expert report). The United States submits that the report contains "sensitive medical information regarding the defendant's mental and physical health and other personal information." Docket No. 91 at 2.

Accordingly, the Court **GRANTS** the United States' amended motion to seal. Docket No. 91. The expert report at Docket No. 90 shall remain under seal. The United States' original motion to seal, Docket No. 89, is **DENIED** as moot.

IT IS SO ORDERED.

DATED: January 23, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1