# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00212-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 93) |
| CHARLES PARKIN, | |
| Defendant. | |

Pending before the Court is Defendant's motion to seal his expert's competency report. Docket No. 93. *See also* Docket No. 94 (expert report). Defendant submits that the report contains "sensitive competency information regarding [his] mental and physical health and other personal information." Docket No. 93 at 2.

Accordingly, the Court **GRANTS** Defendant's motion to seal. Docket No. 93. The expert report at Docket No. 94 shall remain under seal.

IT IS SO ORDERED.

DATED: January 27, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE