RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorneys for Defendant Parkin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00212-JCM-NJK |
| Plaintiff, | |
| vs. | |
| CHARLES PARKIN, | |
| Defendant. | |

**STIPULATION TO CONTINUE PLEA HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, through Simon Kung, Assistant United States Attorney; and Defendant Charles Parkin, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the Change of Plea Hearing currently scheduled for December 16, 2020, be vacated and set to a date and time convenient to this Court, but no sooner than 21 days from the current hearing date.

This stipulation is entered into for the following reasons:

1. This matter is currently set for a Change of Plea Hearing on December 16, 2020, at 10:00 a.m. (ECF Nos. 114, 117.)

2. Over the weekend of December 12-13, 2020, Mr. Parkin was hospitalized with severe bacterial pneumonia. He is home now but is still suffering from chest pain and breathing difficulties.

3.      The parties agree to continue the Change of Plea Hearing for three weeks.  Mr. Parkin is out of custody and agrees to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6.      This is the first request for a continuance of the Change of Plea Hearing.

Dated this 14th day of December, 2020.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY  /s/ Russell E. Marsh | BY  /s/ Simon Kung |
| RUSSELL E. MARSH, ESQUIRE | SIMON KUNG |
| Attorney for Defendant Parkin | Assistant U.S. Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　vs.<br>CHARLES PARKIN,<br>　　　Defendant. | CASE NO. 2:15-CR-00212-JCM-NJK<br><br>**ORDER** |

　　　Based on the Stipulation of the parties, the Change of Plea Hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

　　　IS IT HEREBY ORDERED that the Change of Plea Hearing in the above-captioned matter currently scheduled for December 16, 2020, at 10:00 a.m., be vacated and continued to 1/6/2021 at 10:30 AM.

　　　DATED: December 14, 2020.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　United States District Judge