RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorneys for Defendant Parkin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-00212-JCM-NJK |
| Plaintiff, | ) | |
| vs. | ) | |
| CHARLES PARKIN, | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, through Simon Kung, Assistant United States Attorney; and Defendant Charles Parkin, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the Sentencing Hearing currently scheduled for May 26 2021, be vacated and set to a date and time convenient to this Court, but no sooner than 30 days from the current hearing date.

This stipulation is entered into for the following reasons:

1.      This matter is currently set for Sentencing on May 26, 2021, at 10:00 a.m. (ECF Nos. 126, 127.)

2.      Counsel for Mr. Parkin will be out of state on a family matter on the currently scheduled date.  Counsel also requires additional time to prepare the Sentencing Memorandum and to gather letters of support and other documents for sentencing.

3.      Counsel for Mr. Parkin is also unavailable the week of July 5, 2021.  Counsel is scheduled for a sentencing in Miami, Florida that week in <u>United States v. Serbera</u>, Case No. 1:19-cr-205900RNS (S.D. Fla.).

4.      The parties agree to continue the Sentencing Hearing for 30 days.  Mr. Parkin is out of custody and agrees to the continuance.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7.      This is the second request for a continuance of the Sentencing Hearing.

Dated this 12th day of May, 2021.

Respectfully submitted:

WRIGHT MARSH & LEVY

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY


BY  /s/ Russell E. Marsh
    RUSSELL E. MARSH, ESQUIRE
    Attorney for Defendant Parkin

BY  /s/ Simon Kung
    SIMON KUNG
    Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-00212-JCM-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHARLES PARKIN, | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties, the Sentencing Hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the Sentencing Hearing in the above-captioned matter currently scheduled for May 26, 2021, at 10:00 a.m., be vacated and continued to July 14, 2021 at 10:00 a.m.

DATED: May 14, 2021.

JAMES C. MAHAN
United States District Judge

3